# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROUND ROCK RESEARCH, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 15-157-SLR-SRF |
| v. | ) |
| | ) |
| RICOH AMERICAS CORP., RICOH IMAGING AMERICAS CORP., and RICOH ELECTRONICS, INC., | ) |
| | ) |
| Defendants, | ) |

## STIPULATION AND ORDER OF DISMISSAL

WHEREAS, Plaintiff Round Rock Research, LLC ("Plaintiff") and Defendants Ricoh Americas Corporation, Ricoh Imaging Americas Corporation, and Ricoh Electronics, Inc. (collectively, "Defendants") have resolved Plaintiff's claims for relief against Defendants and Defendants' counterclaims for relief against Plaintiff asserted in this action; and

NOW, THEREFORE, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendants, through their attorneys of record, hereby agree and stipulate to dismiss with prejudice all claims, counterclaims, and defenses asserted in this action, with all attorneys' fees, costs of court and expenses borne by the party incurring same.

2

| FARNAN LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: */s/ Michael J. Farnan*<br>    Brian E. Farnan (#4089)<br>    Michael J. Farnan (#5165)<br>    919 N. Market Street, 12th Floor<br>    Wilmington, DE 19801<br>    Tel: (302) 777-0300<br>    bfarnan@farnanlaw.com<br>    mfarnan@farnanlaw.com | By: */s/ Stephanie E. O'Byrne*<br>    David E. Moore (#3983)<br>    Bindu A. Palapura (#5370)<br>    Stephanie E. O'Byrne (#4446)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, DE  19801<br>    Tel:  (302) 984-6000<br>    dmoore@potteranderson.com<br>    bpalapura@potteranderson.com<br>    sobyrne@potteranderson.com |
| *Attorneys for Plaintiff*<br><br>Dated:  June 28, 2016<br>1227673 / 42312 | *Attorneys for Defendants* |

IT IS SO ORDERED, this _____ day of June, 2016.

_____
United States District Judge